# United States Court of Appeals
## For the First Circuit

Nos. 14-1334, 14-1518

ÁNGEL EDGARDO RODRÍGUEZ-MIRANDA,

Plaintiff, Appellee,

v.

MALIK BENIN; 18 DEGREES NORTH, LLC,

Defendants, Appellants,

ACQUANETTA M. BENIN,

Interested Party, Appellant.

COQUICO, INC.; PHILIPPA ASHBY; CONJUGAL
PARTNERSHIP BENIN-ASHBY,

Defendants.

**ERRATA SHEET**

The opinion of this Court issued on July 13, 2016, is amended as follows:

The July 13, 2016 cover sheet is amended to reflect the caption above.

On page 2, line 13, delete "Coquico,"